# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,                    Criminal No. 04-125 (2) (RHK/AJB)

             Plaintiff,                    **ORDER**

vs.

Agustin Camba Gonzalez,

             Defendant.

---

Based upon the Government's Response (Doc. No. 111) to Defendant's Motion for the Return of Seized Property (in which it demonstrates that the $3,330.00 in cash was properly forfeited and the subject suitcase and clothing were never seized by the government), the Motion (Doc. No. 110) is **DENIED**.

Dated:  April 16, 2009

                    s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge